UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ONSTREAM MEDIA CORPORATION,**<br><br>Plaintiff<br><br>v.<br><br>**VEE24 LIMITED,**<br><br>Defendant | **Case No. 6:22-cv-00977**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.2—Patent Cases, Plaintiff Onstream Media Corporation respectfully files this Notice of Related Cases to inform the Court that the following cases are actively pending in federal court and share at least one common asserted patent with the present case:

- *Onstream Media Corporation v. CAFEX Communications Ltd.*, Case No. 6:22-cv-00887-FM (Montalvo, J.)

Dated: September 19, 2022

Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**

1